UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  :  Case No. 3:11CV379

    Plaintiff,  :  Judge Thomas M. Rose
  vs.
      :
$3,982.00 in United States Currency,  :

    Defendant.
      :

**DEFAULT JUDGMENT IN A CIVIL CASE
AND DECREE OF FORFEITURE OF ALL DEFENDANTS**

    [ ] **Jury verdict.**  This action came before the Court for a trial by Jury. The issues have been tried and the jury has rendered its verdict.

    [ ] **Decision by Court.**  The action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    [x ] **Decision by Court.**  This action was decided without a trial or hearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) the United States' Motion For Default Judgment is Granted (Doc.8);

(2) the Defendant $3,982.00 in United States Currency is hereby forfeited to the United States pursuant to 21 U.S.C. §881(a)(6);

(3) all right, title and interest in the Defendant is vested in the United States of America and no right, title or interest exists in any other person or entity;

(4) the United States or an authorized agent thereof shall dispose of the Defendant in accordance with the law;

(5) the Court shall retain jurisdiction to enforce the terms of this Order; and

(6) this case is terminated on the docket of this Court.

January 20, 2012                                *s/THOMAS M. ROSE

_____
THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE